*Concerned Friends of Ferry County et al., Respondents, v. Ferry County, Petitioner*, No. 92722-7. Petition for review of a decision of the Court of Appeals, No. 46305-9-II, December 15, 2015, 191 Wn. App. 803. *Denied* June 1, 2016.

*State, Petitioner, v. Rose, Respondent*, No. 92726-0. Petition for review of a decision of the Court of Appeals, No. 32282-3-III, December 17, 2015, 191 Wn. App. 858. *Denied* June 1, 2016.

*Mainer, Petitioner, v. City of Spokane, Respondent*, No. 92729-4. Petition for review of a decision of the Court of Appeals, No. 32836-8-III, December 1, 2015, 191 Wn. App. 1034. *Denied* June 1, 2016.

*Landon, Petitioner, v. Home Depot, Respondent*, No. 92730-8. Petition for review of a decision of the Court of Appeals, No. 46955-3-II, November 10, 2015, 191 Wn. App. 635. *Denied* June 1, 2016.

*Rollins, Petitioner, v. Bombardier Recreational Prods., Inc., Respondent*, No. 92733-2. Petition for review of a decision of the Court of Appeals, No. 73635-3-I, December 21, 2015, 191 Wn. App. 876. *Denied* June 1, 2016.

*State, Respondent, v. Falconer, Petitioner*, No. 92740-5. Petition for review of a decision of the Court of Appeals, No. 46707-1-II, December 22, 2015, 191 Wn. App. 1051. *Denied* June 1, 2016.

*WGW USA, Inc., et al., Petitioners, v. Legacy Bellevue 530, LLC, Respondent*, No. 92741-3. Petition for review of a decision of the Court of Appeals, No. 72939-0-I, December 28, 2015, 192 Wn. App. 1002. *Denied* June 1, 2016.

*DaVita Health Care Partners, Inc., Petitioner, v. Dep't of Health et al., Respondents*, No. 92746-4. Petition for review of a decision of the Court of Appeals, No. 73630-2-I, December 28, 2015, 192 Wn. App. 102. *Denied* June 1, 2016.